ERIC GRANT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>CHRISTOPHER GREEK,<br><br>                    Defendant. | CASE NO.  1:19-CR-00242-JLT-SKO<br><br>STIPULATION TO SENTENCING HEARING; ORDER<br><br>DATE: March 23, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for sentencing hearing on March 23, 2026.

2.     By this stipulation, the government and defendant now move to continue the change of plea hearing to June 22, 2026.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     Defendant Greek had surgery on February 6, 2026.  The government received information that a 3-month recupertation period is recommended.

b)     Defense counsel is set to begin a murder trial on April 22, 2006 that is estimated to take 4 weeks.  Given the parties' availability and the Court's availability, the parties are requesting a sentencing date of June 22, 2026.

STIPULATION TO CONTINUE SENTENCING HEARING; ORDER

1

4.      The parties believe, and ask the Court to find, that the requested continuance in in the interest of justice.

IT IS SO STIPULATED.


Dated:  February 12, 2026                    ERIC GRANT
                                             United States Attorney

                                             /s/ LAUREL J. MONTOYA
                                             LAUREL J. MONTOYA
                                             Assistant United States Attorney


Dated:  February 12, 2026                    /s/ DANIEL HARRALSON
                                             DANIEL HARRALSON
                                             Counsel for Defendant
                                             CHRISTOPHER GREEK




**ORDER**

IT IS SO FOUND that the ends of justice are served by requested actions.

IT IS FUTHER ORDERED that the sentencing hearing is continued to June 22, 2026.


IT IS SO ORDERED.

Dated:   **February 17, 2026**                          _____
                                                        UNITED STATES DISTRICT JUDGE